**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: **08 C 592**

Mandolini Company, Inc.

    v.

Perez & Rivera, Inc. d/b/a La Rosita-Harvard, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mandolini Company, Inc.

**JUDGE CASTILLO**
**MAGISTRATE JUDGE KEYS**

| |
|---|
| NAME (Type or print) <br> Gretchen Wehrenberg Stewart |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gretchen Wehrenberg Stewart |
| FIRM <br> Adelman Law Offices, P.C. |
| STREET ADDRESS <br> 1901 N. Roselle Rd., Ste. 800 |
| CITY/STATE/ZIP <br> Schaumburg, IL 60195 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191977 | 847/301-4341 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

**FILED**
**JANUARY 28, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT