# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 592 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Mandolini Company, Inc. Vs. Perez & Rivera Inc., et al. | | |

**DOCKET ENTRY TEXT**

The complaint was electronically filed by plaintiff in the Northern District of Illinois, Eastern Division in error. The Clerk of Court is directed to transfer this case to the Northern District of Illinois, Western Division in Rockford, IL.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-00592   Document 5   Filed 02/07/2008   Page 1 of 1

08C592 Mandolini Company, Inc. Vs. Perez & Rivera Inc., et al.    Page 1 of 1