

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

February 8, 2008

**OFFICE OF THE CLERK**
**(312) 435-5691**

# FILED

FEB 0 8 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Judge Reinhard

Clerk
United States District Court
Northern District of IL, Western Division
211 South Court Street
Rockford, IL 61101

RE Mandoliini Company Inc v. Perez & Rivera Inc et al.
USDC Case No.: 08cv592

Enclosed is the certified record which is being transferred to your court pursuant to an order entered on 2/7/08 by the Honorable Ruben Castillo. Enclosed is a certified copy of the transfer order and docket sheet.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Gregory Young
Deputy Clerk

Enclosures

New Case No. _____    Date _____

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 592 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Mandolini Company, Inc. Vs. Perez & Rivera Inc., et al. | | |

**DOCKET ENTRY TEXT**

The complaint was electronically filed by plaintiff in the Northern District of Illinois, Eastern Division in error. The Clerk of Court is directed to transfer this case to the Northern District of Illinois, Western Division in Rockford, IL.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

CM/ECF LIVE, Ver 3.0 - U.S. District Court, Northern Illinois - Docket Report    Case 1:08-cv-00592    Document 7    Filed 02/08/2008    Page 3 of 4

INTRADIST TRANSF, KEYS

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00592
### Internal Use Only

| | |
|---|---|
| Mandolini Company Inc v. Perez & Rivera Inc et al | Date Filed: 01/28/2008 |
| Assigned to: Honorable Ruben Castillo | Jury Demand: None |
| Cause: 07:499 Agricultural Commodities Act | Nature of Suit: 891 Agriculture Acts |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Mandolini Company Inc**
*an Illinois corporation*

represented by **Gretchen Wehrenberg Stewart**
Adelman Law Offices, P.C.
1320 Tower Road
Suite 114
Schaumburg, IL 60173
(847)301-4341
Email: stewart@pacaenforcer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Perez & Rivera Inc**
*doing business as*
La Rosita Harvard

**Defendant**

**Sergio Perez**

**Defendant**

**Laura Perez**
*individually*

| Date Filed | # | Docket Text |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 01/28/2008 | 1 | COMPLAINT filed by Mandolini Company Inc; Filing fee $ 350. (gcy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 2 | CIVIL Cover Sheet. (gcy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 3 | ATTORNEY Appearance for Plaintiff Mandolini Company Inc by Gretchen Wehrenberg Stewart. (gcy, ) (Entered: 01/29/2008) |
| 01/28/2008 | 4 | (Court only) RECEIPT regarding payment of filing fee paid on 1/28/2008 in the amount of $350.00, receipt number 2494342. (gcy, ) (Entered: 01/29/2008) |
| 01/28/2008 | | SUMMONS Issued as to Defendants Perez & Rivera Inc, Sergio Perez, Laura Perez (gcy, ) (Entered: 01/29/2008) |
| 02/07/2008 | 5 | MINUTE entry before Judge Ruben Castillo : The complaint was electronically filed by plaintiff in the Northern District of Illinois, Eastern Division in error. The Clerk of Court is directed to transfer this case to the Northern District of Illinois, Western Division in Rockford, IL. Mailed notices (gcy, ) (Entered: 02/08/2008) |
| 02/08/2008 | 6 | TRANSFERRED the case record to the USDC/WDIL (Rockford). (gcy, ) (Entered: 02/08/2008) |