AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Mandolini Company, Inc.

V.

Perez & Rivera, Inc. d/b/a La Rosita-Harvard
and Sergio Perez and Laura Perez, individually

CASE NUMBER: **08 C 592**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Laura Perez
131 N. Main St.
Crystal Lake, IL 60014

or

21665 W. Morning Dove Ct.
Kildeer, IL 60047

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Rd., Ste 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_
**(By) DEPUTY CLERK**

**January 28, 2008**
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 1/30/08 |
| NAME OF SERVER (PRINT) Michael Schmitz | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jose Perez

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 45 |  | 78.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/30/08
Date

Signature of Server

1456 East Mennard Dr.
Schaumburg IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L.J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED 1/30/08

CASE NUMBER 08C592
COURT US Dist Court
HEARING DATE
NAME Laura Perez

TYPE OF SERVICE Summons
Petition for Complaint

PLAINTIFF
Mandolini Company
VS.
DEFENDANT
Perez & Rivera
Et Al

SERVICE ADDRESS
21865 W Morning Dove Ct
Kildeer
UNIT ____ DATE 1/30/08 TIME 258 pm
COUNTY OF Lake ILLINOIS

ATTORNEY OR FIRM
Adleman Law Office
ADDRESS
1501 N Roselle Rd
Schaumburg, ILLINOIS

___ INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

X SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT.
_____ OR TO Jose Perez Son SPOUSE OF DEFENDANT
AT 21865 W Morning Dove Ct Kildeer OR TO _____ MANAGER OF DEFENDANT
BUSINESS _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS.
IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____.

___ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO _____ AS _____
OF SAID _____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

___ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID _____ COUNTY, STATE OF ILLINOIS.

COMMENTS: Male Hispanic 5'11 250 lbs Black Hair 18 years old

SIGNED AND SWORN TO (OR AFFIRMED) BY: _____

BEFORE ME, THIS ____ DAY OF ____
NOTARY PUBLIC

SEAL

MILEAGE 45
TOLLS
COST
FEE FOR SERVICE 75.00

Under penalties as provided by law pursuant to 735ILCS 5/1-109 of the Illinois code of civil Procedure, the under signed certifies that all Documents were served as set forth above
BY: _____

1450 EAST AMERICAN LANE · SUITE 1400 · SCHAUMBURG, ILLINOIS · 60173
PHONE: (847) 619-5148