AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Mandolini Company, Inc.

V.

Perez & Rivera, Inc. d/b/a La Rosita-Harvard
and Sergio Perez and Laura Perez, individually

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 592**

**JUDGE CASTILLO
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Sergio Perez
131 N. Main St.          or    6875 Longmoor Dr.
Crystal Lake, IL 60014          Crystal Lake, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gretchen Wehrenberg Stewart
Adelman Law Offices, P.C.
1901 N. Roselle Rd., Ste 800
Schaumburg, IL 60195

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold*

**(By) DEPUTY CLERK**

**January 28, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *2/4/08* |
| NAME OF SERVER *(PRINT)*  *Michael Schachin* | TITLE  *Process Server* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:  _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:  _____

☒ Returned unexecuted:  _____

_____

_____

_____

☐ Other (specify):  _____

_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL   *2/0* | SERVICES | TOTAL   *7800* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *2/4/08*
                    Date

Signature of Server

*1410 East Munroe Rd*
*Suffering IL*

Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# L. J. McCORRY & ASSOCIATES
## ENDORSEMENT OF SERVICE AND AFFIDAVIT

DATE RECEIVED _1/3/08_

PLAINTIFF

_MANDOLINI Company_

vs.
DEFENDANT

_Perez Rivera Inc_
_Et al_

CASE NUMBER _08 C 592_
COURT _US Dist_
HEARING DATE _____
NAME _Sergio Piñor_

SERVICE ADDRESS
_6875 Longmann Dr_
_Crystal Lake_
UNIT _____ DATE _2/3/08_ TIME _7:10 pm_
COUNTY OF _McHenry_ ILLINOIS

TYPE OF SERVICE
_Summon_
_Complaint_
_____

ATTORNEY OR FIRM
_A Delmar Law Center_
ADDRESS
_1801 N Rosalle Rd_
_Schaumburg_ ILLINOIS

_____ INDIVIDUAL SERVICE: BY SERVING UPON THE WITHIN NAMED (DEFENDANT/WITNESS) A TRUE COPY OF THIS WRIT, WITH THE DATE AND HOUR OF SERVICE ENDORSED. THEREON BY ME, AND TRUE COPY OF THE PLAINTIFF'S COMPLAINT, PETITION OR INITIAL PLEADING.

_____ SUBSTITUE SERVICE: BY SERVICE A TRUE COPY OF THIS WRIT WITH DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME AND TRUE COPY OF PLAINTIFF INITIAL PLEADING AS FURNISHED BY THE PLAITIFF WITHIN NAMED (DEFENDANT'S - WITNESS) USUAL PLACE OF ABODE WITH ANY PERSON RESIDING THE AGE OF THIRTEEN YEARS OF AGE OR OLDER TO WIT.
AT _____ OR TO _____
BUSINESS _____ OR TO _____ SPOUSE OF DEFENDANT
_____ MANAGER OF DEFENDANT
IN ADDITION, A COPY WILL BE MAILED TO THE DEFENDANT OR RESPONDANT ON _____ AT _____ AND INFORMING SUCH PERSON OF THEIR CONTENTS.

_____ CORPORATE SERVICE: BY SERVICE A TRUE COPY OF THIS WIT AND COPY OF THE PLAINTIFF'S INITIAL PLEADINGS TO
OF SAID _____ AS _____
_____ AS AN EMPLOYEE OF DEFENDANT, CORPORATION OR REGISTERED AGENT.

_X_ NO SERVICE: FOR THE REASON THAT AFTER DILIGENT SEARCH AND INQUIRY FAILED TO FIND SAID
_Sergio Piñez_ _McHenry_ COUNTY, STATE OF ILLINOIS.

COMMENTS: _Also 1/30/08 131 N Main St Crystal Lake_

_Also 1/30/08_

SIGNED AND SWORN TO (OR AFFIRMED) BY:

_____

BEFORE ME, THIS _____ DAY OF _____
NOTARY PUBLIC

SEAL

MILEAGE _210_
TOLLS _120_
COST _____
FEE FOR SERVICE _136.00_

Under penalties as provided by law pursuant to
735 ILCS 5/1-109 of the Illinois code of civil
Procedure, the under signed certifies that all
Documents were served as set forth above
BY: _Thomas J Schifer_

1450 EAST AMERICAN LANE · SUITE 1400 · SCHAUMBURG, ILLINOIS · 60173
PHONE: (847) 619-5148