UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MANDOLINI COMPANY, INC. an Illinois corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PEREZ & RIVERA, INC. d/b/a LA ROSITA-HARVARD and SERGIO PEREZ and LAURA PEREZ, individually<br><br>　　　　　　　　　　Defendants | Case No. 08 C 592<br><br>Judge Philip G. Reinhard<br><br>Magistrate Judge P. Michael Mahoney |

## NOTICE OF DISMISSAL

Plaintiff Mandolini Company, Inc., pursuant to Rule 41(a)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses with prejudice all claims against Defendants Perez & Rivera, Inc. d/b/b La Rosita-Harvard, and Sergio Perez and Laura Perez individually, pursuant to settlement between the parties.

Respectfully submitted,

MANDOLINI COMPANY, INC.

By:   s/ Gretchen Wehrenberg Stewart
　　　　Attorney for Movant

Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1901 N. Roselle Rd., Ste. 800
Schaumburg, Illinois 60195
Tel: 847/301-4341
stewart@pacaenforcer.com