**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MANDOLINI COMPANY, INC. an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) | Case No. 08 C 592 |
| v. | ) ) | Judge Philip G. Reinhard |
| PEREZ & RIVERA, INC. d/b/a LA ROSITA-HARVARD and SERGIO PEREZ and LAURA PEREZ, individually | ) ) ) | Magistrate Judge P. Michael Mahoney |
| Defendants | ) ) | |

**<u>NOTICE OF FILING</u>**

To:  Perez & Rivera, Inc. d/b/a
    La Rosita of Harvard
    106 W. Summer St.
    Harvard, IL 60033

Sergio Perez
6875 Longmoor Dr.
Crystal Lake, IL 60014

Laura Perez
21665 W. Morning Dove Ct.
Kildeer, IL 60047

     Please take notice that on February 26, 2008, I caused to be filed with the clerk for the United States District Court for the Northern District of Illinois, Western Division, the attached Notice of Dismissal.

Respectfully submitted,

MANDOLINI COMPANY, INC.

By:  s/ Gretchen Wehrenberg Stewart
       Attorney for Movant

Gretchen Wehrenberg Stewart, Esq.
ADELMAN LAW OFFICES, P.C.
1901 N. Roselle Rd., Ste. 800
Schaumburg, Illinois 60195
Tel: 847/301-4341
stewart@pacaenforcer.com

CERTIFICATE OF SERVICE

       Copies of the foregoing Notice and attached pleadings were filed electronically this 26th day of February, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, copies of the Notice and pleadings were sent via U.S. mail, postage pre-paid to the following parties:

Perez & Rivera, Inc. d/b/a
La Rosita of Harvard
106 W. Summer St.
Harvard, IL 60033

Sergio Perez
6875 Longmoor Dr.
Crystal Lake, IL 60014

Laura Perez
21665 W. Morning Dove Ct.
Kildeer, IL 60047


   s/ Gretchen Wehrenberg Stewart
Gretchen Wehrenberg Stewart, Esq.